UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br>    Plaintiff,<br>    v.<br>KELLY, et al.,<br>    Defendants. | Case No. 19-06755 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Docket No. 9) |

Plaintiff, a California state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against a nurse at Salinas Valley State Prison ("SVSP") where he is currently incarcerated. (Docket No. 1.) After an initial screening on February 7, 2020, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct several deficiencies. (Docket No. 8.) An amended complaint was due no later than twenty-eight days from the date of the order, i.e., by March 6, 2020. (*Id.* at 5.)

Plaintiff has filed a letter for an extension of time to file an amended complaint, which the Court construes as a motion. (Docket No. 9.) Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an amended complaint **no**

**later than April 3, 2020**.  The Clerk shall include two copies of the court's form complaint with a copy of this order to Plaintiff.

This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: March 2, 2020

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Am Complaint
PRO-SE\BLF\CR.19\06755Rodriguez_eot.amend.comp