UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br>    Plaintiff,<br>  v.<br>KELLY, et al.,<br>    Defendants. | Case No. 19-06755 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the amended complaint for failure to state a claim upon which relief may be granted.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:  __September 29, 2020__**

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.19\06755Rodriguez_judgment